1  ILENE J. JACOBS # 126812
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  511 D Street, P. O. Box 2600
   Marysville, California 95901
3  Telephone: (530) 742-7235
   Facsimile: (530) 741-0854
4
   Attorneys for Plaintiffs
5
   CRAIG A. SINCLAIR #58313
6  NISSON, PINCIN, SINCLAIR, HILL & PERRINE
   2015 Shasta Street/PO Box 992710
7  Redding CA 96099-2710
   (530) 246-4201
8
   Attorneys for Defendants
9  Richard Shorkey, Catherine Shorkey,
   Stratton & Kerch, and Joel DeYoung
10
   (Additional parties and counsel listed on next page)
11

12              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
13

14  _____
                                       )  Case Nos. CIVS 02-0923-DFL KJM
    XIONG XENG MOUA et al.             )             CIVS 03-1300-DFL KJM
15                                     )
               Plaintiffs,             )  STIPULATION OF DISMISSAL;
16      vs.                            )  [PROPOSED] ORDER
                                       )
17  CITY OF CHICO et al.                )
                                       )
18             Defendants.             )
    _____)
19                                     )
    XIONG XENG MOUA et al.             )
20                                     )
               Plaintiffs,             )
21                                     )
    JOEL DE YOUNG                      )
22                                     )
               Defendants.             )
23  _____)

24

25

26

27

28

1  Additional Counsel:

2  JACK DANIEL # 133498
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3  2115 Kern Street, Suite 370
   Fresno, California 93721
4  Telephone: (559) 441-8721

5  Attorney for Plaintiffs

6  D. SCOTT CHANG # 146403
   Post Office Box 1299
7  Belmont, California 94002
   Telephone: (650) 947-9906
8  Facsimile: (650) 948-4159

9  Attorney for Plaintiffs

10  Lewis J. Soffer #83907
    MILLER, STARR & REGALIA
11  300 Hamilton Avenue, Third Floor
    Palo Alto, California 94301
12  Telephone: (650) 463-7800
    Facsimile: (650) 462-1010
13
    Attorneys for Defendants
14  Richard Shorkey, Catherine Shorkey
    and Joel DeYoung
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties
2    by their respective counsel of record or on their own behalf pro se, hereby stipulate that
3    the above-entitled action is dismissed with prejudice, except that the court will retain
4    jurisdiction to enforce the terms of the confidential settlement agreement for 120 days
5    from the date of the dismissal.

ILENE J. JACOBS
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street, P.O. Box 2600
Marysville, California 95901

JACK DANIEL
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2115 Kern Street, Suite 370
Fresno, California 93721

D. SCOTT CHANG
Post Office Box 1299
Belmont, California 94002

Date: ~~March~~ April 15, 2005

By _____/s/_____
    Ilene J. Jacobs
   Attorneys for Plaintiffs

NISSON, PINCIN, SINCLAIR, HILL & PERRINE
2015 Shasta Street/PO Box 992710
Redding CA 96099-2710

Date: March _31_, 2005.

By _____/s/_____
    Craig Sinclair
  Attorneys for Defendants
Richard Shorkey and Catherine Shorkey
  Stratton & Kerch and Joel DeYoung

| | |
|---|---|
|1| MILLER, STARR & REGALIA |
|2| 300 Hamilton Avenue, Third Floor |
| | Palo Alto, California 94301 |

3

Date: March 28, 2005.

4

By _____/s/_____

5
                  Lewis J. Soffer
             Attorneys for Defendants

6
    Richard Shorkey and Catherine Shorkey
             and Joel DeYoung

7

8                                     CHAD KEICHLER

9

Date: March \_\_\_, 2005.

10

11                                      By_____/s/_____
                                               Defendant Pro Se

12

13                                          <u>ORDER</u>

14       Pursuant to stipulation, it is hereby ordered that the above-entitled action is

15 dismissed with prejudice, except that the court will retain jurisdiction for a period of 120

16 days to enforce the terms of the confidential settlement agreement.

17       Pursuant to stipulation, it is so ordered.

18       Dated: _____4/19/2005\_\_\_\_\_.

19

20

21                                                _____/s/ David F. Levi_____
                                                    David F. Levi

22                                       United States District Judge

23

24

25

26

27

28

*Xiong Xeng Moua, et al. v. City of Chico, et al.*
USDC Eastern District of California, Case No.  CIVS 02-0923 DFL JFM;

# PROOF OF SERVICE

I am employed in the county of Yuba.  I am over the age of eighteen years and am not a party to the within above entitled action; my business address is 511 D Street, Marysville, California.

On this date, I served a true copy of the foregoing document described as:

**STIPULATION OF DISMISSAL [PROPOSED] ORDER**

on the parties  identified below in said action by causing a true copy thereof to be placed in a sealed envelope, with postage paid and addressed to the following persons:

| | |
|---|---|
| Craig A. Sinclair, Esq.<br>NISSON, PINCIN, SINCLAIR, HILL & PERRINE<br>2015 Shasta Street/PO Box 992710<br>Redding CA 96099-2710 | Mr. Chad Keichler<br>1569 Marauder Lane<br>Chico, CA 95973 |
| Lewis J. Soffer, Esq.<br>MILLER, STARR & REGALIA<br>300 Hamilton Avenue, Third Floor<br>Palo Alto, California 94301 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 15, 2005,** in Marysville, California 95901

_____
Bonnye Hughes